# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | ) | In Proceedings Under Chapter 13 |
| | ) | |
| **Maritsa Brown** | ) | Case No. 16-13420 |
| | ) | |
| **Debtor** | ) | Judge Jessica E. Price Smith |
| | ) | |
| | ) | <u>NOTICE OF SUBSTITUTION OF COUNSEL</u> |

Pursuant to Local Rule 2091-1(b)(1), Patrick D. Miller hereby enters his appearance and gives notice of his substitution as counsel of record for Maritsa Brown in place of Paul S. Kuzmickas. This substitution is made with Debtor's knowledge and consent as of August 17, 2018.

>        /s/ Patrick D. Miller
> Patrick D. Miller (0088408)
> Luftman, Heck & Associates LLP
> The United Bank Building
> 2012 West 25th Street
> Suite 701
> Cleveland, OH  44113-4131
> (216) 586-6600
> (216) 916-4235 (facsimile)
> pmiller@lawlh.com
> Attorney for Debtor

## CERTIFICATE OF SERVICE

I certify that on August 28, 2018, a true and correct copy of the **NOTICE OF SUBSTITUTION OF COUNSEL** was served:

--Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

Lauren A. Hebling, Chapter 13 Trustee

ch13trustee@ch13cleve.com, lhelbling13@ecf.epiqsystems.com

LeAnn E. Covey on behalf of Creditor Ocwen Loan Servicing

    bknotice@clunkhoose.com

Milos Gvozdenovic on behalf of Creditor Century Federal Credit Union

    mgvozdenovic@weltman.com, ecfndoh@weltman.com

Adam Bradley Hall on behalf of Creditor Ocwen Loan Servicing

    amps@manleydeas.com

Chrysostomos E. Manolis on behalf of Creditor Ocwen Loan Servicing

    cmanolis@logs.com

Steven H. Patterson on behalf of Creditor CIT Bank, N.A.

    ohbk@rslegal.com, rsbkecfbackup@gmail.com;reisenfeld@ecf.inforuptcy.com

--And by regular U.S. mail, postage prepaid, on the attached <u>Service List</u>.

      /s/ Patrick D. Miller
      Patrick D. Miller
      Attorney for Debtor

## **Service List**

Benjamin Hoen, Esq
323 W. Lakeside Avenue, Ste. 200
Cleveland, OH 44113

Century Federal Credit Union
1240 East 9th Street
Cleveland, OH 44199

CIT Bank NA
PO Box 9013
Addison, TX 75001-9013

Citimortgage
PO Box 9438
Gaithersburg, MD 20898-9438

Cuyahoga County Treasurer
2079 E. 9th Street
Cleveland, OH 44115

First Merit Bank
Attn: Bankruptcy
III Cascade Plaza
Akron, OH 44308

Ocwen Loan Servicing
1661 Worthington Road, Ste. 100
West Palm Beach, FL 33409

Rose Mortgage Corporation
6413 North Kinzua
Chicago, IL 60646