IT IS SO ORDERED.

Dated:  25 November, 2019 11:56 AM



JESSICA E. PRICE SMITH
UNITED STATES BANKRUPTCY JUDGE

# IN THE U.S. BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# (CLEVELAND)

| | |
|---|---|
| In Re: | CASE NO. 16-13420-jps |
| MARITSA BROWN | CHAPTER 13 |
| | JUDGE JESSICA E. PRICE SMITH |
| Debtors | **ORDER GRANTING MOTION OF CIT BANK, N.A. FOR RELIEF FROM CO-DEBTOR STAY AS TO JEFFREY D BROWN (Docket #55)** |
| | **4848 LINCOLNSHIRE COURT BROADVIEW HEIGHTS, OH 44147** |

This matter came before the Court on the Motion for Relief from Co-debtor Stay as to Jeffrey D Brown (the "Motion") filed by CIT BANK, N.A. ("Movant") (Docket #55___), pertaining to real estate located at **4848 Lincolnshire Court, Broadview Heights, OH 44147.** Movant has alleged that good cause for granting the Motion exists, and that the Debtor, counsel for the Debtor, the Chapter 13 Trustee, and all other necessary parties were served with the Motion, and with notice of the hearing date on the Motion. No party filed a response or otherwise appeared in opposition to the Motion, or all responses have been withdrawn. For these reasons, it is appropriate to grant the relief requested.

IT IS, THEREFORE, ORDERED that the Motion is granted. The Co-debtor stay as to Jeffrey D Brown imposed by § 1301 of the Bankruptcy Code is terminated with respect to the Movant, its successors and assigns.

IT IS FURTHER ORDERED that the Chapter 13 Trustee shall discontinue all payments to Movant on its claim under the Chapter 13 Plan filed by the Debtor. Movant is directed to file a report of sale promptly following liquidation of the property located at **4848 Lincolnshire Court, Broadview Heights, OH 44147** (the "Collateral") if any excess proceeds are received. Should Movant seek to file any unsecured deficiency claim, Movant shall do so no later than 90 days after this Order is entered. If the Collateral has not been liquidated, the deficiency claim is to be estimated.

# # #

SUBMITTED BY:

/s/ Steven H. Patterson
Steven H. Patterson (0073452)
Attorney for Movant
3962 Red Bank Road
Cincinnati, OH 45227
voice: (513) 322-7000
facsimile: (513) 322-7099

**Copies to:**

**Electronically Via ECF Mail:**

Patrick D. Miller, Debtor's Counsel
pmiller@lawlh.com

Lauren A. Helbling, Bankruptcy Trustee
ch13trustee@ch13cleve.com

U.S. Trustee , U.S. Trustee
ustpregion09.cl.ecf@usdoj.gov

**Regular US Mail**:

    Maritsa Brown, Debtor
    4848 Lincolnshire Court
    Broadview Heights, OH 44147-2151

    Jeffrey Brown
    4848 Lincolnshire
    Broadview Heights, OH 44147